Martha Jo PETERS, Plaintiff-Appellant,

v.

WELLS FARGO BANK, NA, Defendant-Appellee.

No. 14-55375

United States Court of Appeals, Ninth Circuit.

Submitted April 11, 2017 *

Filed April 24, 2017

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Martha Jo Peters, Pro Se

Lynette Gridiron Winston, Robert Collings Little, Esquire, Attorney, Anglin Flewelling Rasmussen Campbell & Trytten, LLP, Pasadena, CA, for Defendant-Appellee

Before: GOULD, CLIFTON, and HURWITZ, Circuit Judges.

### MEMORANDUM **

Martha Jo Peters appeals pro se from the district court's judgment dismissing her diversity action alleging state law claims arising out of foreclosure proceedings. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a district court's dismissal for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6). *Hebbe v. Pliler,* 627 F.3d 338, 341 (9th Cir. 2010). We affirm.

The district court properly dismissed Peters' action because Peters failed to allege facts sufficient to state any plausible claim for relief. *See United States v. FMC Corp.,* 531 F.3d 813, 820 (9th Cir. 2008) ("[U]nder Ninth Circuit precedent, *incidental* third-party beneficiaries may not enforce consent decrees...."); *see also Johnson v. Riverside Healthcare Sys., LP,* 534 F.3d 1116, 1121 (9th Cir. 2008) ("A Rule 12(b)(6) dismissal may be based on either a lack of a cognizable legal theory or the absence of sufficient facts alleged under a cognizable legal theory." (citation and internal quotation marks omitted)).

We do not consider matters not specifically and distinctly raised and argued in

---

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

the opening brief. *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

All pending motions (Docket Entry Nos. 18 and 21) are denied.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.